**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

DISTRICT OF NEBRASKA

15 APR 27 PM 2: 45

OFFICE OF THE CLERK

**PRO SE CIVIL COMPLAINT**

Case No. _8:15CV146_

(the court will assign a number)

## I.   CASE CAPTION:   Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption.
The court will **not** consider a claim against any defendant who is not listed in the caption.

A.   Plaintiff(s) Name(s):          Address(es):          Telephone No. (only if
                                    PO Box 11099      **you are NOT** a prisoner)
                                    Omaha, NE
Mr. Kelly M. Golden #74198              68111-0099      —

B.   Defendant(s) Name(s):                       Address(es) If known:

A.C.L.U.                         941  O'st. Suite #706  Lincoln, NE. 68508

Amy Miller                       941  O'st, Suite #706 Lincln, NE. 68508

(Attach extra sheets if necessary.)

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A.   **When** did the events occur?

Sept. - Oct. 2014 - Amy Miller works for the A.C.L.U.

B.   **What** happened?

I wrote the A.C.L.U. for help with sueing the Department of Corrections here in Nebrisska. I got one letter back asking to explain what I was asking. After that nothing. I wrote 3 more times and still nothing.

**II. STATEMENT OF CLAIM(S)** (continued)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**III. STATEMENT OF JURISDICTION**

Check any of the following that apply to this case (you may check more than one):

_____ United States or a federal official or agency is a party

_____ Claim arises under the Constitution, laws or treaties of the United States

_____ Violation of civil rights

_____ Employment discrimination

_____ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

_____ Other basis for jurisdiction in federal court (explain below)

They are a group of lawyers I probably
don't stand a chance in a regular
Court.

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

They work in Nebraska. And the
claim arose in this State.

## V. RELIEF

State briefly what you want the court to do for you.

I want an cash award of $5,000,000.00
and for Miss Amy Miller to lose
her job and license to practice. If
I have to stay in this state for Court I want them
to pay for housing, transportation fees, Medical fees, food/bev.
etc.

## VI.   EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions
below to the best of your ability.

A.   Have the claims which you make in this civil action been presented through any type of
administrative procedure within any state or federal government agency?

Yes  X          No

B.   If you answered yes, state the date your claims were so presented, how they were presented,
and the result of that procedure:

4 letters to Amy Miller of
the A.C.LU. office in
Lincoln.

C.   If you answered no, give the reasons, if applicable, why the claims made in this action have
not been presented through administrative procedures:

I don't know how to do this
anyother way.

## VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):

JURY _____          JUDGE ___✗___

## VIII. VERIFICATION

I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(s) Executed:          Signature(s) of Plaintiff(s):

2-14-15          _Kelly M. Golden_

_____

_____

_____

_____

_____

_____

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS. Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**