IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MR. KELLY M. GOLDEN, | ) | 8:15CV146 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| A.C.L.U., and AMY MILLER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's correspondence dated June 15, 2015 (Filing No. 11), which the court liberally construes as a motion to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41.  Rule 41(a) states that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(I).  In addition, Rule 41(a)(2) provides that an action may be dismissed at the plaintiff's request "on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).  Here, Plaintiff asks the court to dismiss this action and Defendants have not been served with process.  Accordingly,

IT IS THEREFORE ORDERED that:

1.     Plaintiff's request for dismissal of this action (Filing No. 11) is granted. Accordingly, this matter is dismissed without prejudice.

2.     A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 17th day of June, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.